■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CHAVIS, Appellant. [775 NYS2d 592]—

Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered December 22, 1998, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The reliability of the confidential informant and the basis of his knowledge were established (*see People v Griminger,* 71 NY2d 635 [1988]; *People v Hines,* 262 AD2d 423 [1999]). Accordingly, the police had probable cause to arrest the defendant and to search his person incident to the arrest.

The defendant's remaining contentions are unpreserved for appellate review (*see People v Reynoso,* 295 AD2d 156 [2002]). H. Miller, J.P., Goldstein, Adams and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RINALDO CLARK, Also Known as RONALD CLARK, Appellant. [775 NYS2d 570]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 4, 1995 (*People v Clark,* 222 AD2d 446 [1995]), affirming a judgment of the Supreme Court, Queens County, rendered June 23, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Florio, JJ., concur.